UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWIN ALRED,

           Plaintiff,

-vs-                                              Case No. 6:12-cv-832-Orl-18GJK

YUM BRANDS! d/b/a Kentucky Fried Chicken,
JOHN DOE,

           Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on specially appearing defendant Yum!Brands, Inc.'s Motion to Quash (Doc. No. 5). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objection to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court **GRANTS** the motion to quash as unopposed and **DISMISSES** the case for failure to comply with the Court's order to show cause of June 15, 2012. Clerk of the Court is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this __31__ day of July, 2012.

                                                  G. KENDALL SHARP
                                                Senior United States District Judge

Copies to:

Counsel of Record
Specially Appearing defendant Yum!Brands, Inc.